# United States Court of Appeals
## For the First Circuit

No. 15-1273

DIONISIO SANTANA-DÍAZ,

Plaintiff, Appellant,

v.

METROPOLITAN LIFE INSURANCE COMPANY,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on March 14, 2016 is amended as follows:

On page 3, line 19 add a semi-colon between "category" and "thus"

On page 24, line 13, add "a" before "'dead letter'"

On page 26, line 14, delete "2014" after "1st Cir." and on line 16, add "(2014)" after "135 S. Ct. 94"

On page 26, lines 18-19, delete "cert. denied, 488 U.S. 909"